

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

To file amendments, such as an annual report, please navigate to geauxBIZ (https://geauxBIZ.sos.la.gov). If this is your first visit to geauxBIZ, you can create an account, and then click Add Existing Business to associate a business, view business details, and file amendments.

[Buy Certificates and Certified Copies] [Subscribe to Electronic Notification] [Print Detailed Record]

| Name | Type | City | Status |
|---|---|---|---|
| CLEAN METAL TECHNOLOGIES, L.L.C. | Limited Liability Company | HOUMA | Inactive |

**Previous Names**

Business: CLEAN METAL TECHNOLOGIES, L.L.C.
Charter Number: 41805476K
Registration Date: 2/27/2015

**Domicile Address**
127 COMMON COURT
HOUMA, LA 70360

**Mailing Address**
C/O RANDY P. LEBOEUF
P.O. BOX 3856
HOUMA, LA 70361

**Status**
Status: Inactive
Inactive Reason: Voluntary Action
File Date: 2/27/2015
Last Report Filed: 2/15/2016
Type: Limited Liability Company

**Registered Agent(s)**

| Agent: | RANDY P. LEBOEUF |
|---|---|
| Address 1: | 139 BOCAGE DRIVE |
| City, State, Zip: | HOUMA, LA 70360 |
| Appointment Date: | 2/27/2015 |

**Officer(s)**                                                      Additional Officers: No

| | |
|---|---|
| Officer: | RANDY P. LEBOEUF |
| Title: | Manager, Member |
| Address 1: | 139 BOCAGE DRIVE |
| City, State, Zip: | HOUMA, LA 70360 |
| Officer: | LOREN HATLE |
| Title: | Member |
| Address 1: | 21122 GRANDIN WOOD COURT |
| City, State, Zip: | HUMBLE, TX 77338 |
| Officer: | ROCKY SMITH |
| Title: | Member |
| Address 1: | 5514 CHERRY RIDGE RD |
| City, State, Zip: | RICHMOND, TX 77406 |

**Amendments on File (1)**

| Description | Date |
|---|---|
| Affidavit to Dissolve | 2/3/2017 |

[Back to Search Results] [New Search] [View Shopping Cart]

© 2020 Louisiana Department of State