# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANDY LEBOEUF** | * | CIVIL ACTION NO. 2:20-cv-00105 |
| | * | |
| V. | * | SECTION "E" (3) |
| | * | |
| **LOREN L. HATLE, CLEAN** | * | |
| **METAL TECHNOLOGIES, LLC AND** | * | |
| **MICRO CLEAN METALS, LLC** | * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion by Randy Leboeuf to Motion to Remand and to Award Costs and Attorney's Fees filed by Randy Leboeuf, in accordance with LR 7.2, is set for submission before the United States District Court, Eastern District of Louisiana, 500 Poydras St., New Orleans, Louisiana, Section "E (3)", before the Honorable Judge Susie Morgan, on February 19, 2020, at 10:00 o'clock a.m.

                 Respectfully submitted,

                 */s/ Darryl T. Landwehr*
                 DARRYL T. LANDWEHR (17677)
                 LANDWEHR LAW FIRM
                 1010 Common Street, Suite 1710
                 New Orleans, Louisiana 70112
                 Telephone: (504) 561-8086
                 Attorney for Patrick McNeill

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Submission has been served upon Kevin Merchant via email to kmerchant@neunerpate.com, Beth Bernard via email to bbernard@neunerpate.com, and Carolyn Cole via email to ccole@neunerpate.com on the 1st day of February, 2020.

I hereby certify that a copy of the above Notice of Submission has been served upon all counsel of record by notice of electronic filing generated through the Court's CM/ECF system or by electronic mail on the 3rd day of February, 2020.

                 */s/ Darryl T. Landwehr*
                 Darryl T. Landwehr (17677)