UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL　　　　　　　　　　　　　　　　　　　　　　　500 POYDRAS ST., ROOM C-151
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW ORLEANS, LA 70130

March 6, 2020

Clerk
32nd Judicial District Court
Parish of Terrebonne
P.O. Box 1569
Houma, LA  70361-1569

　　　　　　　　　　　　　　　　RE:　　Randy LeBoeuf, et al
　　　　　　　　　　　　　　　　　　　　v.
　　　　　　　　　　　　　　　　　　　　Loren L Hatle, et al
　　　　　　　　　　　　　　　　　　　　Civil Action No. 20-105 E (3)
　　　　　　　　　　　　　　　　　　　　Your No.187494

Dear Sir:

　　　　I am enclosing herewith a certified copy of an order entered by this court on 3/6/2020 remanding the above-entitled case to your court.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　CAROL L. MICHEL, CLERK

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure